UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6160

UNITED STATES OF AMERICA,
    Plaintiff,

v.    CIV - DIMITROULEAS

TWO THOUSAND FIVE HUNDRED    MAGISTRATE JUDGE
SEVENTY THREE DOLLARS ($2,573.80)    JOHNSON
AND EIGHTY CENTS IN UNITED STATES
CURRENCY,
    Defendant.
_____/

**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

    The United States files this Verified Complaint for Forfeiture In Rem and in support alleges that:

    1. This is a civil action for forfeiture in rem against Two Thousand Five Hundred Seventy Three dollars and Eighty cents in U.S. currency.

    2. This Court has jurisdiction over this matter pursuant to Title 28 U.S.C. §1345 and 1355.

    3. This Court has venue over the defendant property pursuant to Title 28 U.S.C. §1395(a) and (b).

    4. The defendant currency is forfeitable pursuant to Title 21 U.S.C. §881(A)(6) as proceeds obtained directly or indirectly from Lloyd George James' ("James") importation and distribution of cocaine and as monies used or intended to be used by James to facilitate a violation of 21 U.S.C. §801 et seq.



5. On March 26, 1999, in <u>United States v. Lloyd George James,</u> Case No. 99-6002-CR-Roettger, James plead guilty to the two count indictment which charges him with knowingly and intentionally attempting to import cocaine into the United States, plus knowingly and intentionally possessing cocaine with intent to distribute, in violation of Title 21, U.S.C. §§§952(a), 963, 841(a)(1) and Title 18 U.S.C. §2.

6. The forfeiture of the defendant currency, although included in the forfeiture count of James' indictment , was not completed and the time to do so expired in the criminal case.

**WHEREFORE**, the United States of America requests that process in due of law according to the procedures of the Court in cases of actions <u>in rem</u> in accordance with provisions of Rule C(3), Supplemental Rules of Certain Admiralty and Maritime Claims issue against the defendant currency, and that any person or persons having any interest therein be cited and directed to appear herein and answer this complaint, and that this Court decree the condemnation and forfeiture of the defendant currency to the United States and that plaintiff have such other and further relief as may be just and proper.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314 ext. 3614
Fax: (954) 356-7180
Fla. Bar No. A5500074

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that, I Alfred De Angelus, Special Agent for the United States Customs Service, have read the foregoing Complaint for Forfeiture in rem and state that the contents are true to the best of my knowledge and belief.

                                                                              _____

                                                                              ALFRED De ANGELUS  
                                                                              SPECIAL AGENT  
                                                                              U.S. CUSTOMS SERVICE

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that, I Alfred De Angelus, Special Agent for the United States Customs Service, have read the foregoing Complaint for Forfeiture in rem and state that the contents are true to the best of my knowledge and belief.

                                            ALFRED De ANGELUS
                                            SPECIAL AGENT
                                            U.S. CUSTOMS SERVICE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

TWO THOUSAND FIVE HUNDRED
SEVENTY THREE DOLLARS ($2,573.80)
AND EIGHTY CENTS IN UNITED
STATES CURRENCY,

       Defendant.
_____/

## ORDER DIRECTING THE ISSUANCE OF THE WARRANT OF ARREST AND/OR SUMMONS

Pursuant to Supplemental Rule (C)(1) and Local Admiralty Rule C(2)(a), this Court finds that probable cause exists for an action *in rem* and the Clerk is hereby directed to issue a Warrant of Arrest and/or Summons for two thousand five hundred seventy three dollars and eighty cents in U.S. currency.

**DONE AND ORDERED** this _____ day of February 2000, in Chambers at Fort Lauderdale, Florida.

                                                  _____
                                                UNITED STATES DISTRICT JUDGE

cc:    AUSA William H. Beckerleg, Jr.

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**00-6160**

UNITED STATES OF AMERICA,

**DEFENDANTS**

TWO THOUSAND FIVE HUNDRED SEVENTY THREE DOLLARS AND EIGHTY CENTS ($2,573.80) IN UNITED STATES CURRENCY,

(b) CIV-DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

County of Residence of First Listed Defendant: **Broward**
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's Firm Name, Address, and Telephone Number:
United States Attorney's Office
Attn: William H. Beckerleg, Jr.
500 East Broward Blvd., Ste 700 (954)356-7314

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION
[X] 1 U.S. Government Plaintiff

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. ORIGIN
[XX] Original Proceeding

## V. NATURE OF SUIT
[XX] 625 Drug Related Seizure of Property 21 USC 881

## VI. CAUSE OF ACTION
21 USC 581(a)(6) - PROCEEDS

LENGTH OF TRIAL: 3 days

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] NO

DATE: 2/1/2000

SIGNATURE OF ATTORNEY OF RECORD: WHB

FOR OFFICE USE ONLY: 02-01-00