UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6160

CIV - DIMITROULEAS

MAGISTRATE JUDGE
JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TWO THOUSAND FIVE HUNDRED
SEVENTY THREE DOLLARS ($2,573.80)
AND EIGHTY CENTS IN UNITED STATES
CURRENCY,

    Defendant.

_____/

### CIVIL COMPLAINT COVER SHEET

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ✓ Yes ____ No

    Respectfully submitted,

    THOMAS E. SCOTT
    UNITED STATES ATTORNEY

BY: _____
    WILLIAM H. BECKERLEG, JR.
    ASSISTANT UNITED STATES ATTORNEY
    500 EAST BROWARD BOULEVARD
    SUITE 700
    FT. LAUDERDALE, FLORIDA   33394
    FLA. BAR NO.   A550074
    TEL (954) 356-7314 (EXT. 3614)
    FAX (954) 356-7180

