UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.



UNITED STATES OF AMERICA,

Plaintiff,

v.

TWO THOUSAND FIVE HUNDRED
SEVENTY THREE DOLLARS ($2,573.80)
AND EIGHTY CENTS IN UNITED
STATES CURRENCY,

Defendant.
_____/

00-6160
CIV - DIMITROULEAS

MAGISTRATE JUDGE
JOHNSON

### WARRANT OF ARREST IN REM

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   THE DISTRICT DIRECTOR OF CUSTOMS
      UNITED STATES CUSTOMS SERVICE, MIAMI, FLORIDA
      OR ANY OTHER AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER

GREETINGS:

**WHEREAS,** on February 1, 2000, the United States of America filed a Verified Complaint of Forfeiture In Rem against the above name defendant Two Thousand Five Hundred Seventy Three Dollars and Eighty cents ($2,573.80) in U.S. currency, for the violations of law enumerated in said Complaint;

**NOW THEREFORE,** you are hereby commanded to take the Defendant Property into your possession for safe custody. If the character or situation of the property is such that the taking of actual possession is impracticable, you shall execute this process by affixing a copy



thereof to the property in a conspicuous place and by leaving a copy of the Complaint and process with the person having possession or his agent.

**YOU ARE FURTHER** commanded to cite and admonish the owner and/or possesor of the defendant, any person o firm known to claim any interest therein, to file in the United States District court, 299 East Broward Boulevard, Ft. Lauderdale, Florida 33301, within ten (10) days following receipt of this Warrant, a Verified claim in accordance with Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims, and to therewith or within twenty (20) days thereafter file an Answer or other responsive pleading to the Complaint, a copy of which Complaint you shall supply with this Warrant, and to serve of said Claim and Answer upon the United States Attorney, 500 East Broward Boulevard, Florida 33394, Attention: William H. Beckerleg, Jr., Assistant U.S. Attorney, and that upon failure of the owner, possessor or any party claiming an interest in the defendant to do so, that the defendant may then be forfeited to the United States by default and without further notice or hearing.

**AND YOU ARE FURTHER** commanded to make due and prompt return of this Warrant to this Court upon its execution.

WITNESS THE HONORABLE

_____
UNITED STATES DISTRICT JUDGE
DATE: February 2, 2000

CLARENCE MADDOX, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BY: _____
DEPUTY CLERK

ORDER. Warrant to issue for delivery to U.S. Marshal not later then Noon of next business day following issuance.
☐ Not to be executed on legal holiday or on Sunday or after Noon on date previous to same.
☒ May be executed anytime or day.

_____
U.S. DISTRICT JUDGE

COPY to: William Beckerleg, AUSA
Lloyd Leroy James at FCI Coleman; HIGNA Sanchez-Llorens, AFPD