WBH/plt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**CASE NO. 00-6160-CIV-DIMITROULEAS**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TWO THOUSAND FIVE HUNDRED
SEVENTY THREE DOLLARS ($2,573.80)
AND EIGHTY CENTS IN U.S.
CURRENCY,

    Defendant.

_____/

**NOTICE OF FILING RETURN**

**UNITED STATES OF AMERICA**, by and through the undersigned Assistant United States Attorney, hereby files the applicable Process Receipt and Return.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

Dated: 2/23/00

By: _____
WILLIAM H. BECKERLEG, JR.
Assistant U.S. Attorney
500 East Broward Boulevard
Suite 700
Ft. Lauderdale, Florida   33394
Bar No.   A5500074
Tel No. (954) 356-7314 ext. 3614
Fax No. (954) 356-7180



# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 00-CIV-6160-DIMITROULEAS |
| DEFENDANT TWO THOUSAND FIVE HUNDRED SEVENTY THREE DOLLARS ($2,573.80) & EIGHTY CENTS IN U.S. CURRENCY | TYPE OF PROCESS COMPLAINT & WARRANT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
$2,573.80 IN U.S. CURRENCY

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
C/O, U.S. CUSTOMS, FP&P 6601 N.W. 25th Street 33152

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
UNITED STATES ATTORNEY'S OFFICE
ATTN: WILLIAM H. BECKERLEG, JR., AUSA
500 EAST BROWARD BOULEVARD
FT. LAUDERDALE, FLORIDA 33394

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service).
***Attached please find certified copies of the Complaint & Warrant.

Signature of Attorney or other Originator requesting service on behalf of [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NO. (954)356-7314
DATE 2/1/00

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated. 1
District of Origin No.
District to Serve No.
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER
DATE 02/16/2000

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.
[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:
[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE | TIME OF SERVICE | [ ] AM [ ] PM

SIGNATURE, TITLE AND TREASURY AGENCY

REMARKS: THE ABOVE NAMED CURRENCY ($2,573.80) IS IN THE CUSTODY OF THE UNITED STATES CUSTOMS SERVICE, FINES PENALTIES & FORFEITURES DIVISION - 6601 N.W. 25TH STREET, 33152.

TD F 90-22.48 (6/96)

WHITE COPY - RETURN TO COURT