WHB/plt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6160-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,
vs.
TWO THOUSAND, FIVE HUNDRED
SEVENTY THREE DOLLARS AND
EIGHTY CENTS (**$2,573.80**) IN U.S.
CURRENCY,
    Defendant.
_____/

## PROOF OF PUBLICATION OF PUBLIC NOTICE OF ACTION AND ARREST

The United States gives Notice of filing the attached Public Notice of Action and Arrest of the defendant property.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By:_____
WILLIAM H. BECKERLEG, JR.
Assistant U.S. Attorney
500 East Broward Boulevard
7th Floor
Ft. Lauderdale, Florida 33394
Tel:(954)356-7314
Fax:(954)356-7180
Bar No. A5500074

# BROWARD DAILY BUSINESS REVIEW

Published Daily except Saturday, Sunday and
Legal Holidays
Ft. Lauderdale, Broward County, Florida

STATE OF FLORIDA
COUNTY OF BROWARD:

Before the undersigned authority personally appeared
C.J. SAXON, who on oath says that she is the
ADMINISTRATIVE ASSISTANT, of the Broward Daily Business
Review f/k/a Broward Review, a newspaper
published at Fort Lauderdale, in Broward
County, Florida; that the attached copy of advertisement,
being a Legal Advertisement of Notice in the matter of

00-6160
PUBLIC NOTICE OF ACTION AND ARREST UNITED STATES OF AMERICA
VS $2,573.80 IN U.S. CURRENCY

in the U.S. DISTRICT    Court,
was published in said newspaper in the issues of

03/07/2000

Affiant further says that the said Broward Daily Business
Review is a newspaper published at Fort Lauderdale, in said
Broward County, Florida and that the said newspaper has
heretofore been continuously published in said Broward County,
Florida and has been entered as second class mail matter at the post
office in Fort Lauderdale in said Broward County, Florida, for a
period of one year next preceding the first publication of the
attached copy of advertisement; and affiant further says that she has
neither paid nor promised any person, firm or corporation
any discount, rebate, commission or refund for the purpose
of securing this advertisement for publication in the said
newspaper.

*C J Saxon*

Sworn to and subscribed before me this

07   day of MARCH         , A.D.  2000

*Cora Herman*

(SEAL)

C.J. SAXON personally known to me



Cora Herman
MY COMMISSION # CC702858 EXPIRES
March 10, 2002
BONDED THRU TROY FAIN INSURANCE, INC.

---

PUBLIC NOTICE OF ACTION AND ARREST UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA CASE NO. 00-6160-CIV-DIMITROULEAS UNITED STATES OF AMERICA, Plaintiff, vs. TWO THOUSAND FIVE HUNDRED SEVENTY THREE DOLLARS, (2,573.80) AND EIGHTY CENTS IN U.S. CURRENCY Defendant. The United States Customs Service for the Southern District of Florida arrested in the above-described property Two Thousand, Five Hundred, Seventy Three Dollars and Eighty Cents In U.S. Currency ($2,573.80) (the "Defendant Currency"), on February 16, 2000, pursuant to a Complaint for Forfeiture and a Warrant of Arrest In Rem issued by the Clerk of the Court in accordance with Rule C(3), Supplemental Rules for Certain Admiralty and Maritime Claims, as made applicable to this case by 28 U.S.C. §2461 and Local Admiralty Rule C(2). The above-described defendant currency was previously seized from the Claimant, Lloyd George James. The Complaint charged the defendant currency with a federal statutory violation and seeks forfeiture to the United States. Any person claiming any interest in the above-described property must file their claims pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, within (10) days from the date of publication of this Notice, or actual notice of this action, whichever occurs first, and must serve and file their answers within twenty (20) days after the filing of the claim. All such claims and answers must be filed with the Office of the Clerk, United States District Court for the Southern District of Florida, at 301 North Miami Avenue, Florida 33128, with a copy thereof sent to the Assistant United States Attorney whose name and address is listed below, or default and forfeiture to the United States of America will be ordered.
Respectfully submitted,
THOMAS E. SCOTT
UNITED STATES ATTORNEY
By: WILLIAM H. BECKERLEG, JR.
Assistant U.S. Attorney
500 East Broward Boulevard
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314 ext. 3614
Fax.: (954)356-7180
Bar No. A5500074
3/7      00-4-030764/29821B