**UNITES STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO. 00-6160-CIV-DIMITROULEAS

UNITED STATES OF AMERICA

        Plaintiff,

v.

TWO THOUSAND FIVE HUNDRED
SEVENTY THREE DOLLARS ($2,573.80)
AND EIGHTY CENTS IN U.S. CURRENCY
        Defendant.

_____/

**UNITED STATES' AFFIDAVIT IN SUPPORT OF MOTION**
**FOR FINAL DEFAULT JUDGMENT OF FORFEITURE**

        I, William H. Beckerleg, Assistant United States Attorney in the Southern District of Florida, do hereby declare and state:

        1.    I am the attorney of record for plaintiff United States of America and have personal knowledge of the facts set forth in this affidavit.

        2.    On February 2, 2000, plaintiff United States of America filed its Verified Complaint for Forfeiture <u>In</u> <u>Rem</u> against TWO THOUSAND FIVE HUNDRED SEVENTY THREE DOLLARS AND EIGHTY CENTS ($2, 573.80) in U.S. CURRENCY pursuant to 21 U.S.C. § 881 (a) (6).

        3.    Examination of the court files and records in this cause show that the defendant property was served with a copy of the Warrant of Arrest <u>In</u> <u>Rem</u>, together with a copy of plaintiff's Complaint, on February 16, 2000. See Process Receipt and Return, attached as <u>Exhibit</u> <u>One</u>.

        4.    On March 7, 2000, legal notice of this pending lawsuit was given to all



potential claimants, known and unknown, of the defendant property by publication in the Broward Daily Business Review in accordance with Supplemental Rule C (4), Local Admiralty Rules C (4) and C (8). Proof of Publication was filed with this Court on March 22, 2000, respectively, in accordance with Local Admiralty Rule C (4) (b). See Exhibit Two.

5. On March 26, 1999, Lloyd George James plead guilty the two count indictment property which charged him with knowingly and intentionally attempting to import cocaine into the United States plus knowingly and intentionally possessing cocaine with intent to distribute, in violation of 21 U.S.C. §§ 963, 952(a), 841(a)(1), and 18 U.S.C. § 2. The forfeiture of the defendant currency although included in the forfeiture count of James' indictment, was not completed and the time to do so expired in the criminal case.

6. On February 12, 2000, James was served with a copy of the Complaint and Warrant of Arrest In Rem, at his place of incarceration. See certified mail receipt attached as Exhibit Three.

7. More than 30 days have elapsed since the date on which the defendant property and James were served with the Warrant of Arrest in Rem and a copy of the Complaint, excluding the date thereof.

8. There has been no answer or claim filed in response to the complaint by James or any potential claimant.

I declare under perjury, under the laws of the United States of America, that the foregoing is true and correct.

_____
William H. Beckerleg, Jr.
Assistant U.S. Attorney

_____3/27/00_____
Date Executed

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 00-CIV-6160-DIMITROULEAS |
| DEFENDANT TWO THOUSAND FIVE HUNDRED SEVENTY THREE DOLLARS ($2,573.80) & EIGHTY CENTS IN U.S. CURRENCY | TYPE OF PROCESS COMPLAINT & WARRANT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
$2,573.80 IN U.S. CURRENCY

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
C/O, U.S. CUSTOMS, FP&F 6601 N.W. 25th Street 33152

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEY'S OFFICE
ATTN: WILLIAM H. BECKERLEG, JR., AUSA
500 EAST BROWARD BOULEVARD
FT. LAUDERDALE, FLORIDA 33394

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

***Attached please find certified copies of the Complaint & Warrant.

Signature of Attorney or other Originator requesting service on behalf of [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NO (954)356-7314
DATE 2/1/00

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated: 1
District of Origin No.
District to Serve No.
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER
DATE 02/16/2000

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

| DATE OF SERVICE | TIME OF SERVICE | [ ] AM [ ] PM |
|---|---|---|

SIGNATURE, TITLE AND TREASURY AGENCY

**REMARKS:** THE ABOVE NAMED CURRENCY ($2,573.80) IS IN THE CUSTODY OF THE UNITED STATES CUSTOMS SERVICE, FINES, PENALTIES & FORFEITURES DIVISION - 6601 N.W. 25TH STREET, 33152.

TD F 90-22.48 (6/96)


GOVERNMENT EXHIBIT 1

YELLOW COPY - FOR CASE FILE

WHB/plt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6160-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

TWO THOUSAND, FIVE HUNDRED
SEVENTY THREE DOLLARS AND
EIGHTY CENTS ($2,573.80) IN U.S.
CURRENCY,
        Defendant.
_____/

**PROOF OF PUBLICATION OF PUBLIC NOTICE OF ACTION AND ARREST**

    The United States gives Notice of filing the attached Public Notice of Action and Arrest of the defendant property.

                                      Respectfully submitted,

                                      THOMAS E. SCOTT
                                      UNITED STATES ATTORNEY

By: _____
                                      WILLIAM H. BECKERLEG, JR.
                                      Assistant U.S. Attorney
                                      500 East Broward Boulevard
                                      7th Floor
                                      Ft. Lauderdale, Florida 33394
                                      Tel:(954)356-7314
                                      Fax:(954)356-7180
                                      Bar No. A5500074

GOVERNMENT EXHIBIT 2

# BROWARD DAILY BUSINESS REVIEW

Published Daily except Saturday, Sunday and
Legal Holidays
Ft. Lauderdale, Broward County, Florida

STATE OF FLORIDA
COUNTY OF BROWARD:

Before the undersigned authority personally appeared
C.J. SAXON, who on oath says that she is the
ADMINISTRATIVE ASSISTANT, of the Broward Daily Business
Review f/k/a Broward Review, a newspaper
published at Fort Lauderdale, in Broward
County, Florida; that the attached copy of advertisement,
being a Legal Advertisement of Notice in the matter of

00-6160
PUBLIC NOTICE OF ACTION AND ARREST UNITED STATES OF AMERICA
VS $2,573.80 IN U.S. CURRENCY

in the U.S. DISTRICT Court,
was published in said newspaper in the issues of

03/07/2000

Affiant further says that the said Broward Daily Business
Review is a newspaper published at Fort Lauderdale, in said
Broward County, Florida and that the said newspaper has
heretofore been continuously published in said Broward County,
Florida and has been entered as second class mail matter at the post
office in Fort Lauderdale in said Broward County, Florida, for a
period of one year next preceding the first publication of the
attached copy of advertisement; and affiant further says that she has
neither paid nor promised any person, firm or corporation
any discount, rebate, commission or refund for the purpose
of securing this advertisement for publication in the said
newspaper.

*(signature: CJ Saxon)*

Sworn to and subscribed before me this

07 day of MARCH , A.D. 2000

*(signature)*

(SEAL)

C.J. SAXON personally known to me

Cora Herman
MY COMMISSION # CC702858 EXPIRES
March 10, 2002
BONDED THRU TROY FAIN INSURANCE, INC.

---

PUBLIC NOTICE OF ACTION AND ARREST UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA CASE NO. 00-6160-CIV-DIMITROULEAS UNITED STATES OF AMERICA, Plaintiff, vs. TWO THOUSAND FIVE HUNDRED SEVENTY THREE DOLLARS, (2,573.80) AND EIGHTY CENTS IN U.S. CURRENCY Defendant. The United States Customs Service for the Southern District of Florida arrested in the above-described property Two Thousand, Five Hundred, Seventy Three Dollars and Eighty Cents In U.S. Currency ($2,573.80) (the "Defendant Currency"), on February 16, 2000, pursuant to a Complaint for Forfeiture and a Warrant of Arrest In Rem issued by the Clerk of the Court in accordance with Rule C(3), Supplemental Rules for Certain Admiralty and Maritime Claims, as made applicable to this case by 28 U.S.C. §2461 and Local Admiralty Rule C(2). The above-described defendant currency was previously seized from the Claimant, Lloyd George James. The Complaint charges the defendant currency with a federal statutory violation and seeks its forfeiture to the United States. Any person claiming any interest in the above described property must file their claims pursuant to Rule C of the Supplement Rules for Certain Admiralty and Maritime Claims, within (10) days from the date of publication of this Notice, or actual notice of this action, whichever occurs first, and must serve and file their answers within twenty (20) days after the filing of the claim. All such claims and answers must be filed with the Office of the Clerk, United States District Court for the Southern District of Florida at 301 North Miami Avenue, Florida 33128, with a copy thereof sent to the Assistant United States Attorney whose name and address is listed below, or default and forfeiture to the United States of America will be ordered.
    Respectfully submitted,
    **THOMAS E. SCOTT**
    UNITED STATES ATTORNEY
    By: **WILLIAM H. BECKERLEG, JR.**

Assistant U.S. Attorney
500 East Broward Boulevard
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314 ext. 3614
Fax.: (954)356-7180
Bar No. A5500074
3/7         00-4-030764/29821B

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do not use for International Mail (See reverse)

Sent to: Lloyd George James
Street & Number: FCI Coleman
Post Office, State, & ZIP Code: 868 NE 54th Terrace
Coleman, FL 33521

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | |

PS Form 3800, April

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☒ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
LLOYD GEORGE JAMES
REG. NO. #54781-004
C/O FCI COLEMAN
868 N.E. 54TH TERRACE
COLEMAN, FLORIDA 33521

4a. Article Number
Z 463 519 667

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☒ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery: FEB 12 2000

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994   Domestic Return Receipt

GOVERNMENT EXHIBIT 3