UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6160-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

Magistrate Judge Johnson

Plaintiff,

vs.

TWO THOUSAND FIVE HUNDRED
SEVENTY THREE DOLLARS AND
EIGHTY CENTS IN U.S. CURRENCY ($2,573.80),

Defendant.

FILED by ___ D.C.

APR 1 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____/

### ORDER

THIS CAUSE is before the Court upon Motion for Entry of Final Default Judgment [DE 6]. The Court has carefully considered the motion and is otherwise fully advised in the premises.

The Motion and form Order provided states that a Clerk's Default has already been obtained in this case. The Court notes that a Clerk's Entry of Default has not been specifically requested up to this point. Therefore, the Court denies the instant motion for Final Default Judgment, without prejudice, pending Plaintiff's filing of a Request for Clerk's Entry of Default.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Entry of Final Default Judgment [DE 6] is hereby **DENIED without prejudice**. Plaintiff need not refile its supporting material or form order for default judgment, but may simply renew its motion for default judgment after entry of a Clerk's default.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of April, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:
William Beckerleg, AUSA