**UNITED STATES DISTRICT COURT**
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: 00-6160
STYLE: USA v. $2,573.80 in Currency
DATE: 5/11/2000

The Chambers of the Honorable William P. Dimitrouleas has received the attached document. After review, it has been determined that this document requires the following action by the Clerk's Office:

✓ Docket this document as a motion for **Clerk's Entry of Default**.

___ Docket this document as a response to the following motion: _____.

___ Docket this document as an answer _____.

___ Docket this document as _____.

___ Docket this as an information matter only and file on the left side of the file.

___ Other: _____

Signed: Philip E. Rothchild
Name: Philip Rothchild
Title: Law Clerk



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6160-CIV-DIMITROULEAS

UNITED STATES OF AMERICA

    Plaintiff,

v.

TWO THOUSAND FIVE HUNDRED
SEVENTY THREE DOLLARS, ($2,573.80)
AND EIGHTY CENTS IN U.S. CURRENCY,

    Defendant.
_____/

## CLERK'S ENTRY OF DEFAULT

Plaintiff, requests that the Clerk of this Court enter a default against Lloyd George James ("James"), the owner of the defendant currency in this case. James has failed to come forward to contest this forfeiture action, appear, answer or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against Lloyd George James, on this _____ day of May, 2000.

                              CLARENCE MADDOX
                              CLERK OF COURT

                BY: _____
                              Deputy Clerk