**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

                        Case No.00-6160-CIV-DIMITROULEAS

        Plaintiff,

vs.

TWO THOUSAND FIVE HUNDRED
SEVENTY THREE DOLLARS, ($2,573.80)
AND EIGHTY CENTS IN U.S. CURRENCY

        Defendant.

### CLERK'S ENTRY OF DEFAULT

It appears that Two Thousand Five Hundred Seventy Three Dollars and
Eighty Cents in U.S. Currency is in default for failure to appear,
answer or otherwise plead to the complaint filed herein within the
time required by law. Default is hereby entered against the above-
named defendant on this the 12th day of May, 2000.

CLARENCE MADDOX, CLERK OF COURT

By _Teri J. Stacits_
    Deputy Clerk

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism*
*for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

