## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6160-CIV-DIMITROULEAS

UNITED STATES OF AMERICA

    Plaintiff,

v.

TWO THOUSAND FIVE HUNDRED
SEVENTY THREE DOLLARS, ($2,573.80)
AND EIGHTY CENTS IN U.S. CURRENCY,

    Defendant.

_____/



### UNITED STATES' RENEWED MOTION FOR
### ENTRY OF FINAL DEFAULT JUDGMENT

The United States request that this Court enter a final judgment of forfeiture in this matter.

In support the United States submits:

1. On March 27, 2000, the United States filed a motion for entry of a final-

default judgment of forfeiture against the defendant currency.

2. On April 11, 2000, this Court issued an order denying the United States' motion

without prejudice because the motion provided that a Clerk's default had been obtained and this had

not occurred.

3. On May 12, 2000, the Clerk of the Court entered the entry of default against the

defendant currency. A copy of the Clerk's entry of default is attached as Exhibit One.

4. This matter is ready for judgment and disposition.



WHEREFORE, the United States request that the Court enter the Final Default Judgment of Forfeiture previously filed herein.

Respectively submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BY: _____

WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314 ext. 3614
Fax: (954) 356-7180
Fla Bar No. A5500074

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

            Plaintiff,

vs.

TWO THOUSAND FIVE HUNDRED
SEVENTY THREE DOLLARS, ($2,573.80)
AND EIGHTY CENTS IN U.S. CURRENCY

            Defendant.

Case No.00-6160-CIV-DIMITROULEAS

**CLERK'S ENTRY OF DEFAULT**

It appears that Two Thousand Five Hundred Seventy Three Dollars and Eighty Cents in U.S. Currency is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against the above-named defendant on this the 12th day of May, 2000.

CLARENCE MADDOX, CLERK OF COURT

By _____
    Deputy Clerk

The Mission of the Clerk's Office for the Southern District of Florida is to be the mechani
for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient ma

GOVERNMENT
EXHIBIT
1