### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

CASE NO. 00-6160-CIV-DIMITROULEAS

UNITED STATES OF AMERICA
       Plaintiff,

v.

TWO THOUSAND FIVE HUNDRED
SEVENTY THREE DOLLARS ($2,573.80)
AND EIGHTY CENTS IN U.S. CURRENCY
       Defendant.
_____/



## FINAL DEFAULT JUDGMENT OF FORFEITURE

THIS CAUSE coming before the Court on Plaintiff's Renewed Motion for Entry of Final Default Judgment of Forfeiture pursuant to Fed. R. Civ. P. 55(b) against the defendant TWO THOUSAND FIVE HUNDRED SEVENTY THREE DOLLARS ($2,573.80) AND EIGHTY CENTS IN UNITED STATES CURRENCY, and it appearing that no individual or entity has filed a claim, answer, or other responsive pleading in this forfeiture action against the defendant property, that publication was duly made in this matter, and that due notice was given accordingly, the Court finds:

1. That process was duly issued in this cause and that the defendant property was duly seized pursuant to said process;

2. That notices of the action and arrest was properly given by publication in the Broward Daily Business Review ;

3. That no other person has filed a claim, answer, or other responsive pleading;

4. That pursuant to Supplemental Rule C (6) the time fixed by law for filing a claim, answer, or other responsive pleading has passed.



5.     That the Clerk of the Court has entered the Default of all persons as to the defendant property.

Based upon the above findings, and the Court being otherwise fully advised in the matter, it is hereby:

ORDERED AND ADJUDGED:

1.     That the allegations of the complaint are taken as admitted, and the Renewed Motion Granted.

2.     That default judgment be and the same is hereby entered against the defendant,

TWO THOUSAND FIVE HUNDRED SEVENTY THEE DOLLARS ($2,573.80) AND EIGHTY CENTS IN UNITED STATES CURRENCY.

3.     That all right, title, and interest in the defendant property described above be and hereby are forfeited to the United States of America pursuant to 21 U.S.C. § 881(a) (6).

4.     That the United States Custom Service be and is hereby directed to dispose of the defendant property in accordance with law.

5.     The Clerk may close this case and deny any other pending motions as moot.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this ____/ /____ day of May, 2000.

_____
HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE


cc:    AUSA William H. Beckerleg, Jr.
       Lloyd George James

2